3 A.3d 1223

LEONA C. TADDEI AND MARGARET TADDEI, HIS WIFE, PLAIN-
TIFFS–APPELLANTS, v. ORDER STATE FARM INDEMNITY
COMPANY, KATHLEEN SAVASTANO AND JENNIFER KAR-
SKO, DEFENDANTS–RESPONDENTS.

September 10, 2010.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.

3 A.3d 1224

TOO MUCH MEDIA, LLC, ET AL., PLAINTIFFS, v. SHELLEE
HALE, ET AL., DEFENDANTS–MOVANTS.

September 10, 2010.

ORDERED that the motion for leave to appeal is granted.